UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ADVOCATE FINANCIAL, L.L.C.,** | CIVIL ACTION |
| Plaintiff, | NUMBER: 08-696 |
| VERSUS | SECTION: PARKER |
| | MAGISTRATE: DALBY |
| **KENT MERCIER, and MERCIER LAW OFFICES,** | |
| Defendants. | |

### ORDER FOR WRIT OF SEQUESTRATION

**CONSIDERING** the Verified *Ex Parte* Application for Writ of Sequestration filed by Plaintiff, Advocate Financial, L.L.C. and pursuant to Rule 64 of the Federal Rules of Civil Procedure, the Court finds that Plaintiff is entitled to a writ of sequestration under Louisiana Code of Civil Procedure arts. 3501, *et seq.*,

**IT IS ORDERED** that document #13 be stricken from the record.

**IT IS FURTHER ORDERED** that a Writ of Sequestration be issued by the Clerk and served by the United States Marshal on Kent Mercier, the Mercier Law Firm and all counsel of record in Kent Mercier's and the Mercier Law Firm's former cases, as listed below, who are hereby directed to deposit Defendants' attorneys' fees and costs into the registry of the Court.

| CASE NAME | DOCKET # | JDC | PARISH | DEFENSE COUNSEL OF RECORD | PLAINTIFF COUNSEL OF RECORD |
|---|---|---|---|---|---|
| Carl Jones Sr., et al. v. Centerpoint Energy Entex, et al. | 042184 | 27th | St. Landry | Edward Landry | Kirk Guidry |

{N1920002.1}
USM

| CASE NAME | DOCKET # | JDC | PARISH | DEFENSE COUNSEL OF RECORD | PLAINTIFF COUNSEL OF RECORD |
|---|---|---|---|---|---|
| Donna Debarge v. Lannan & Schlamp Family Practice Clinic, et al. | 2007-268 E | 14th | Calcasieu | Gary McGoffin John E. Bergstedt | Kent Mercier |
| Leighton Stelly v. Joseph B. Boucree, Jr. | 549290 Sec. 26 | 19th | East Baton Rouge | Janie L. Coles | John Paul Charbonnet |
| Tracy Collins et al. v. Walgreens Health Initiatives, Inc., d/b/a Walgreens Pharmacy | 108621 H | 16th | Iberia | Ryan J. Roemershauser | Kent Mercier |
| Aleta Millet Adcock v. Dr. Scott Greenbert, et al. | 553-517 G | 24th | Jefferson | Paul M. Batiza | Kent Mercier |
| Lillian Mouton v. City Cab Inc., et al. | 2006-0697 C | 15th | Lafayette | Paul Baker | Quentin Simon |
| Kelly Guidry v. Stephanie Duhon, et al. | 2007-2539 K | 15th | Lafayette | Wes Hataway | Quentin Simon |
| Timothy Lee Picard v. Francesca Vincent, et al. | 2006-6406 | 15th | Lafayette | Timothy A. Maragos | Kent Mercier |
| Katie Renee Spears v. Louis Houston | 2005-5112 | 15th | Lafayette | Kaliste J. Saloom Jr. & Thomas R. Hightower, Jr. | Kent Mercier |
| Robert Trammell, et al. v. Kirt Melancon | 2006-5240 K | 15th | Lafayette | Dennis J. Phayer Meredith Miceli | Quentin Simon |
| Aline Gray v. State Farm Mutual Automobile, et al. | 103922 C | 17th | Lafourche | Frederick Miller & Assoc. | Glenn Armentor |
| Martha Bonneau v. Charles A. Schof, Jr., | 07-12284 H | 22nd | St. Tammany | Guice A. Giambrone | Kent Mercier |
| Grady Paul Domino, Thalassa Lee Frickey v. Jimmy Hebert, et al. | 2001-4923 | 15th | Lafayette | John W. Penny, Jr. | Kent Mercier |
| Sheryl Marie Cormier v. University Medical Center | 2001-4043-E | 15th | Lafayette | Ted Hernandez | Quentin Simon |
| Pamela Cope v. Bake Mark, USA, LLC | 2006-4034-G | 15th | Lafayette | No Counsel of Record | Kent Mercier |

{N1920002.1}

| CASE NAME | DOCKET # | JDC | PARISH | DEFENSE COUNSEL OF RECORD | PLAINTIFF COUNSEL OF RECORD |
|---|---|---|---|---|---|
| Jamie Dronet, et al. v. State of Louisiana, Dep't of Transp. and Dev. | 82000 | 23rd | Ascension | Joan McKenzie | Kent Mercier |
| Michael Grimes v. Hartford Life Insurance Company | O5C-5034-D | 27th | St. Landry | Virginia Roddy | Kent Mercier |
| Teresa Johnson, et al. v. Riverbend Nursing and Rehabilitation Center, Inc. | 53477-A | 25th | Plaquemines | Susan E. Henning James A. Cobb | Kent Mercier |
| Lawrence J. Caro v. The Delta Queen Steamboat Company | 2000-19670 | CDC | Orleans | Christopher E. Carey Charles F. Lozes | John Paul Charbonnet |
| Cynthia Mobley v. Dr. Bruce Wheeler, et al. | 07-3439 | 4th | Ouachita | Donald Anzelmo David Sobel | Kent Mercier |
| Debbie Nolan v. Nelson Ray Mackie, et al. | 2005-0003984 | 21st | Tangipahoa | Renee C. McGinty John E. Unsworth III | Kent Mercier |
| Alice L. Phillips v. Dr. Milton Giles Fort | 494,910 | 19th | East Baton Rouge | Janie L. Coles | John Paul Charbonnet |
| James Thibodeaux v. Mark Suire | 550,883 | 19th | East Baton Rouge | Craig D. Gremillion | Kent Mercier |
| Christopher Girouard, et al. v. Renee McBay, et al. | 2004-4756-C | 15th | Lafayette | Terry Rowe | |
| Lester and Aquilla Vital v. Thomas Forrest, M.D. | 107980-E | 16th | Iberia | Marc W. Judice | John Paul Charbonnet |
| Steven Joseph, et al. v. Centerpoint Energy Entex, et al. | 04-2357 | 27th | St. Landry | Edward P. Landry | Kirk Guidry |
| Jeff Casey, et al. v. Steven Schumacher, M.D. | 2006-0347 | 15th | Lafayette | John Elliott Baker | Kent Mercier |
| Mary Vivian Breaux v. Leon "Chip" Lahaye, M.D. | 2004-3180 | 15th | Lafayette | Charles J. Boudreaux, Jr. Daniel C. Palmintier | Kent Mercier |

{N1920002.1}

| CASE NAME | DOCKET # | JDC | PARISH | DEFENSE COUNSEL OF RECORD | PLAINTIFF COUNSEL OF RECORD |
|---|---|---|---|---|---|
| Sonny Baye v. Heritage Manor of Houma | 150749 | 23rd | Terrebonne | Blair Bright | Quentin Simon |
| Brandon Veronie v. Amanda McGwin and State Farm Ins. Co. | 06-60006-393 | 393rd JDC | Denton County, Texas | Stephen W. Johnson | Kent Mercier |
| Tremeka Jones v. Amana Refrigeration and Heating, et al. | 27336 | 23rd | St. James | Mary Johnson and Leonard A. Young | Kent Mercier |
| Anthony Ford, et al. v. Dr. James C. Childress | 2002-4163 | 12th | Avoyelles | Robert M. Mahony | Kent Mercier |
| Nicrest Thibodeaux v. Dr. Michael Holland, et al. | 83,189-I | 15th | Acadia | Jame R. Shelton Nicholas Sigur | John Paul Charbonnet |
| Kathleen Fero v. Charles A. Schof | 2006-12634 | 22nd | St. Tammany | Dante V. Maraldo | Kent Mercier |
| Daniel Holmes v. Ray Stroup, et al. | 2007-4659 | 15th | Lafayette | Jeffrey Rhoades | John Paul Charbonnet |
| Candice Mangiaracina v. Maxwell Mullins, et al. | 2008-0027 | 15th | Lafayette | Kenny Oliver | John Paul Charbonnet |
| Danielle Orphe v. Allstate Ins. Co. | 2008-0587 | 15th | Lafayette | Jackson Bollinger | John Paul Charbonnet |
| Susie Adams v. Larry Finnels, et al. | 65306 | 18th | Iberville | Charles J. Foret | Kent Mercier |
| James Domingues, Jr., et al. v. Virgil L. Schlenker, et al. | 2006-1814-I | 15th | Lafayette | Ian A. Macdonald | Kent Mercier |
| Pamela Trahan, et al. v. Patricia Willging, et al. | 20066775 | 15th | Lafayette | Jamie M. Bankston | John Paul Charbonnet |
| Lesley Ann Maxwell v. Haydee Ellis, et al. | 2005-1152-I | 15th | Lafayette | John W. Penny, Jr. | Kent Mercier |
| Glenn Mouton v. Lowe's Home Centers, et al. | 2005-6366 | 15th | Lafayette | Marvin H. Olinde | Kent Mercier |
| Joseph Richard, et al. v. State Farm Fire and Casualty Co. | C-2007-3892-F | 15th | Lafayette | No Counsel of Record | John Paul Charbonnet |
| Carolyn Bailey v. Raymond Frederick, et al. | 87163 | 15th | Vermilion | Carl W. Robichaux | John Paul Charbonnet |

{N1920002.1}

| CASE NAME | DOCKET # | JDC | PARISH | DEFENSE COUNSEL OF RECORD | PLAINTIFF COUNSEL OF RECORD |
|---|---|---|---|---|---|
| Glenda Grimm v. Darlene LaFleur, et al. | 114429 | 16th | St. Mary | James P. Doherty, III | Kent Mercier |
| Calvin Michael v. Patterson Fan Co. | 07-01215 | USDC WDLA | Lafayette | Charles J. Foret | Kent Mercier |
| Susie Adams v. Larry Finneis, et al. | 65306 D | 18th | Iberville | Charles J. Foret | Kent Mercier |
| Glanda Grimm v. Darlene LaFleur, et al. | 114429 E | 16th | St. Mary | James P. Doherty, III | Kent Mercier |
| Carolyn Bailey v. Raymond Frederick, et al. | 87163 | 15th | Vermillion | Carl W. Robichaux | Kent Mercier |

**IT IS FURTHER ORDERED** that security be dispensed with.

SIGNED this 23nd day of JANUARY, 2009, at Baton Rouge, Louisiana.

_____
UNITED STATES DISTRICT JUDGE
JAMES J. BRADY

{N1920002.1}