UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADVOCATE FINANCIAL, L.L.C.

VERSUS

KENT MERCIER AND MERCIER
LAW OFFICES

CIVIL ACTION

NO. 08-696-JVP-DLD

## RULING

This matter is before the court on a motion by plaintiff, Advocate Financial, L.L.C., for leave to file a proposed judgement (doc. 109). Having reviewed the proposed judgment, the court concludes that it is too vague as written and, therefore, that the motion for leave to file such (doc. 109) shall be **DENIED**.

Baton Rouge, Louisiana, August 12th, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA